Castro v Delisa (2025 NY Slip Op 51531(U))

[*1]

Castro v Delisa

2025 NY Slip Op 51531(U)

Decided on September 26, 2025

Supreme Court, Westchester County

Jamieson, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 26, 2025
Supreme Court, Westchester County

Steven Castro, Plaintiff,

against
Jonathan Delisa, Defendant.

Index No. 50259/2025

Steven Castro
Jonathan Delisa

Linda S. Jamieson, J.

The following paper numbered 1 was read on this motion:
Papers Numbered
Notice of Motion and Affidavit 1
Plaintiff, acting pro se, brings his motion seeking a default judgment against defendant. According to the complaint, defendant hired plaintiff for some construction work over a number of days in October and December 2023. Plaintiff asserts that pursuant to their oral agreement, defendant agreed to pay plaintiff $10,000 for this work.
Plaintiff contends that although he did the work in October 2023, defendant failed to make the first payment,[FN1]
 but told him that he would pay him in full after he had completed all of the work, at the end of December 2023. Plaintiff states that although he did do all of the work, defendant never paid him. Plaintiff further asserts that he made many attempts to contact defendant, but that defendant failed to respond to him. In the complaint, plaintiff seeks $40,000. He does not state how he arrived at that sum.
There is an affidavit of service showing that defendant was served by a Westchester County Police Officer, by "nail and mail" service at his place of business, after making four attempts over a period of approximately two weeks, most of which were during the workday. Defendant failed to file an answer to the complaint. Nor did defendant respond to this motion, despite proper service.
The Court thus finds that plaintiff is entitled to a judgment against defendant in the amount of the contract, $10,000. There is no legal justification for the Court to award the greater [*2]amount demanded in the complaint. Plaintiff may submit a proposed Judgment to the Judgment Clerk, in the amount of $10,000, plus interest at the statutory rate from the date of entry of this Decision and Order, and shall send a copy to defendant by overnight mail at his last known business and/or residential address within two business days. Plaintiff shall also send a copy of this Decision and Order to defendant by overnight mail within two business days of receipt.
The foregoing constitutes the decision and order of the Court.
Dated: September 26, 2025
White Plains, New York
HON. LINDA S. JAMIESON
Justice of the Supreme Court

Footnotes

Footnote 1:Plaintiff does not state how much he was supposed to be paid in October.